# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT WILL,

      Plaintiff,                                   Case No. 20-10999

v.                                                       Hon. Laurie J. Michelson

URBAN SCIENCE APPLICATIONS, INC.,

      Defendant.

---

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree and stipulate to the dismissal with prejudice of all claims asserted by Plaintiff, each party to bear its own costs and fees.

So Stipulated:                           So Stipulated:

| | |
|---|---|
| /s/ Joseph X. Michaels (w/consent) | /s/ Brett M. Gelbord |
| JOSEPH X. MICHAELS (P79084) | BRETT M. GELBORD (P79312) |
| Adam Taub (P78334) | Troutman Pepper |
| Croson, Taub, & Michaels, PLLC | Hamilton Sanders LLP |
| 117 N. First St., Ste 111 | 4000 Town Center – Suite 1800 |
| Ann Arbor, MI 48104 | Southfield, MI 48075-1505 |
| (734) 519-0872 | (248) 359-7300 |
| ataub@ctmlawyers.com | gelbordb@pepperlaw.com |
| jmichaels@ctmlawyers.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |
| Dated: November 9, 2020 | Dated: November 9, 2020 |

SO ORDERED.

Dated: November 9, 2020

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE